```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

UNITED STATES OF AMERICA,       ) Tampa, Florida
                                )
              Plaintiff,        ) No. 8:13-cr-442-T-26MAP
                                )
         vs.                    ) March 13, 2014
                                )
KEOSHA RENEE JONES,             ) 9:09 a.m.
                                )
              Defendant.        ) Courtroom 15B
_____)
```

### TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD A. LAZZARA
UNITED STATES SENIOR DISTRICT JUDGE

**GOVERNMENT COUNSEL:**

    **Joseph W. Swanson, Assistant U.S. Attorney**
    United States Attorney's Office
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6000

**DEFENSE COUNSEL:**

    **Kevin T. Beck, Esq.**
    Law Office of Kevin T. Beck
    2153 First Avenue South
    St. Petersburg, Florida 33712
    (727) 204-3199

                          *Official Court Reporter:*

                          *Scott Gamertsfelder, RMR, FCRR*
                          *801 North Florida Avenue*
                          *Tampa, Florida 33602*
                          *Telephone: (813) 301-5898*

*(Proceedings reported by stenotype; Transcript produced by computer-aided transcription.)*

**P R O C E E D I N G S**

March 13, 2014                                              9:09 a.m.

- - -

THE COURTROOM DEPUTY: Next case is 8:13-cr-442-T-26MAP, *United States versus Keosha Renee Jones*.

Counsel, please state your appearance for the record.

MR. SWANSON: Joseph Swanson for the United States.

MR. BECK: Kevin Beck on behalf of Keosha Jones.

THE COURT: Good morning.

What's-his-name has been indicted, right?

MR. SWANSON: He has.

THE COURT: It's my case, isn't it?

MR. SWANSON: It is.

THE COURT: When is it set?

MR. SWANSON: Judge Jenkins issued a writ two days ago, and there is an initial set for April 2nd at 10 a.m. Mr. Beck and I spoke and --

THE COURT: She is going to be a witness?

MR. SWANSON: Yes, sir.

THE COURT: All right.

MR. BECK: She is continuing to cooperate.

THE COURT: All right. I assume that -- when is he appearing before Judge Jenkins?

MR. SWANSON: April 2nd, your Honor.

1    THE COURT: She will probably set it for May. But
2 do you have any indication of what he's going to do?
3    Does he have a lawyer yet?
4    MR. SWANSON: Not yet, your Honor. There is a
5 significant amount of discovery. I imagine whoever gets his
6 case needs some time.
7    Mr. Beck and I this morning discussed proposing to
8 you a status for Miss Jones in June, by which time we should
9 have a good sense what Mr. Hayes is doing.
10    THE COURT: Okay. June 12th, 9 o'clock.
11    MR. BECK: Thank you, your Honor.
12    MR. SWANSON: Thank you.
13    (Proceedings adjourned at 9:11 a.m.)
14                  - - -

```
UNITED STATES DISTRICT COURT   )
                               )
MIDDLE DISTRICT OF FLORIDA     )
```

### **C E R T I F I C A T E**

I, Scott N. Gamertsfelder, Official Court Reporter for the United States District Court, Middle District of Florida, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript from the stenographic notes taken in the above-entitled matter by the undersigned and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

/S/Scott Gamertsfelder, RMR, FCRR
Official Court Reporter          Date: September 18, 2014

- - -