UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                              CASE NO. 8:13-Cr-00442-T-26MAP

KEOSHA RENEE JONES,
    Defendant.
_____/

## ADDENDUM TO DEFENDANT'S MEMORANDUM IN SUPPORT OF A SENTENCING VARIANCE

The Defendant, KEOSHA JONES, by and through undersigned counsel, moves this Honorable Court to enter an Order varying from a strict guideline sentence the Defendant, Keosha Renee Jones to a sentence of time sentence of 6 months in prison, with credit for time served and a term of supervised release of five years with conditions of release consistent with that which is necessary to appropriately punish her conduct and protect the community from criminal conduct.

In January of 2014, this Honorable Court learned of the nature of Ms. Jones' criminal conduct but also became aware of her victimization at the hands of Derrick Hayes. This Court learned that at fifteen (15) years of age, Keosha had been beaten, drugged and forced into a life of prostitution for Derrick Hayes and other members of his street gang.

Keosha Jones committed Conspiracy to Commit Sex Trafficking when she agreed to find housing for two minor females that had run away from home and

were living on the streets of St. Petersburg.  She shared johns and assisted them in placing an advertisement for prostitution on BackPage.  She collected the fees they earned and, together with the fees she earned, turned all the money not necessary for room and board to Hayes.  She fed the girls and bought them clothes.  Approximately ten (10) days after having met the girls, she and Derrick got into a verbal then physical alteration.  Keosha took the girls from the hotel where they were staying and brought them to her mother's home.  There she provided the girls with monies that would allow the girls to return to their families in Clearwater.  Although she had no other contact with the girls, she and her mother did see photographs of the girls as runaways and reported their apparent whereabouts to the St. Petersburg Police Department.

      This Court heard testimony regarding the progress Ms. Jones had made while in custody at the Pinellas County Jail; her involvement in Alcoholics and Narcotics Anonymous and church programs.  This Court, with the assurances and assistance of her mother and step-father, Gary Woodley, ordered that she be given a bond, placed on electronic monitoring with a strict curfew.

      This Court was advised by Dr. Valerie McClain that in her opinion, Keosha Jones suffered from Post Traumatic Stress Disorder and addictions to alcohol and controlled substances.  Dr. McClain also diagnosed Ms. Jones with various learning disabilities.  She recommended that Ms. Jones receive intensive counseling, including in-patient drug and alcohol counseling.  Unfortunately the programs and treatment recommended by Dr. McClain are not available through pretrial services and Ms. Jones, instead, was treated as an outpatient.  There have been numerous circumstances that may have interfered with Ms. Jones' ability to abide within the confines of her house arrest.  Significantly, the relationship between Ms. Jones' mother, Gloria and her step-father deteriorated over the last year.  Mr. Woodley opted to relinquish his role as third-party custodian.  More

significantly, however, is that the home that Ms. Jones had been residing in with her mother and step-father was lost through the separation and, upon knowledge and belief, foreclosure. Gloria Woodley lost her job at Orange Blossom Catering and Keosha was never able to catch on with the company. However, Keosha did initiate adult education at the Tomlinson Adult Learning Center in St. Petersburg. Keosha made appropriate progress and is qualified to sit for the GED examination, however, upon the advice of her academic advisor, Ms. Jones has registered for an additional term of classes to allow her to better prepare for the exam.

Ms. Jones has also demonstrated great progress with regards to her obligations as an adult. Keosha Jones personally qualified for an apartment lease. She saved enough monies from her job at Creative Solutions to make a $252.00 deposit with Duke Energy. Ms. Jones recently interviewed for a new position and begins training with Gulf Coast, Inc. (a company that books cruises for Caribbean Cruise Lines) the first week of January. She has contacted the Florida Department of Highway Safety and Motor Vehicles and is in the process of re-qualifying for her Florida's Driver's License. Despite some familial pressures, Ms. Jones has made a mature decision to avoid motherhood while she is actively working to rebuild her own life. Although her counselor is contractually precluded from appearing in court on Ms. Jones' behalf, she reports that Ms. Jones has made wonderful progress. It is anticipated that those reports are available through Ms. Jones' Pretrial Services Officer.

WHEREFORE the defendant, Keosha Jones, moves this Honorable Court to grant a variance from a strict guideline sentence and enter an Order sentencing the defendant, Keosha Renee Jones, to 6 months of incarceration followed by a period of supervised release. It is requested that the terms of release be gradually relaxed so that she might take advantage of various freedoms, including shopping for

groceries for herself, attending a movie with her boyfriend or attending church services at the New Dawn Restoration Church in Tampa, FL.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was delivered via electronic filing to Assistant United States Attorney Joseph Swanson, 400 N. Tampa Street, Suite 3200, Tampa, Florida, this 5th day of January, 2015.

Respectfully submitted,

\_\_\_/s/ *Kevin T. Beck, Esq.*\_\_\_
Kevin T. Beck
Law Office of Kevin T. Beck
FL Bar No.: 0802719
2153 1st Ave. South
St. Petersburg, FL 33712
727.873.1177
727.204.3199 (mobile)
727.499.0985 (facsimile)
kevintbeck@hotmail.com