UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.  CASE NO. 8:13-CR-442-T-26MAP

KEOSHA RENEE JONES


**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a 4-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, the defendant provided truthful and timely information to the United States which resulted in the successful prosecution of the defendant's co-conspirator, Derrick L. Hayes, in Case Number 8:14-Cr-53-T-26EAJ.

The United States believes that, because of her efforts on behalf of the United States, the defendant should receive a 4-level reduction in her offense

level for her assistance, resulting in a guidelines range of 46-57 months' imprisonment.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of the defendant's sentence.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By  *s/ Joseph W. Swanson*
    JOSEPH W. SWANSON
    Assistant United States Attorney
    United States Attorney No. 129
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:   (813) 274-6000
    Facsimile:   (813) 274-6178
    E-mail:  joseph.swanson@usdoj.gov

**U.S. v. KEOSHA RENEE JONES**     Case No. 8:13-CR-442-T-26MAP

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Kevin T. Beck, Esq.

                              *s/ Joseph W. Swanson*
                              JOSEPH W. SWANSON
                              Assistant United States Attorney
                              United States Attorney No. 129
                              400 N. Tampa Street, Suite 3200
                              Tampa, Florida 33602-4798
                              Telephone:     (813) 274-6000
                              Facsimile:       (813) 274-6178
                              E-mail:   joseph.swanson@usdoj.gov

T:\_Criminal Cases\J\JONES, Keosha Renee_2013R01778_JWS\p_Motion for Downward Departure 5k-1.docx