UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERKS MINUTES - GENERAL

| | |
|---|---|
| CASE NO. 8:13-cr-442-T-26MAP | DATE: January 7, 2015 |

TITLE: USA v. Keosha Renee Jones (bond)

Time: 9:48 - 9:53  Total: .05

| | |
|---|---|
| JUDGE: **SUSAN C. BUCKLEW** | COURTROOM DEPUTY: Susan Saylor |
| COURT RPTR: Melissa Pierson | INTERPRETER |

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Joseph Swanson | Kevin Beck, CJA |

PROCEEDINGS: **CRIMINAL STATUS CONFERENCE re: Sentencing**

Defense stated that Dr. McClain will not be able to be at Sentencing set for this Friday.

Court has no concerns of her being present and has already read Dr McClain's report and the Transcript of the Evidentiary hearing held on 1/17/14 before Judge Lazzara. Sentencing will remain as set for Friday, 1/9/15 at 11:30.