UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:13-cr-442-T-26MAP          Date: January 9, 2015

U.S.A. v. Keosha Renee Jones

**HONORABLE  SUSAN C. BUCKLEW**          Interpreter: n/a

Court Reporter: Melissa Pierson          Courtroom Deputy: Susan Saylor

Attorney(s) for Government:              Attorney(s) for Defendant:
Joseph Swanson                           Kevin Beck, CJA

Time: 12:08 - 1:30 = 1.22

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

X    Deft sworn.                          USPO: Tracy Shoyer

X    Defendant is adjudged guilty on Count 1 of the Information (plea agreement).

X    Imprisonment: **TIME SERVED** as to Count 1

X    Supervised Release: **5 Year(s)** as to Count 1

X    Fine is **waived**.

___  Restitution: $ N/A    *(See Criminal Monetary Penalties - Page 5 of the Judgment for details)* joint and several with _____ .

X    Special Assessment: **$100.00**    (X) To be paid immediately.

X    Special conditions of ( ) probation (X) supervised release:

(X) Defendant shall participate as directed in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

(X) Defendant shall participate as directed in a program for mental health treatment approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

(X) The mandatory drug testing provisions are waived. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X) Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

(X) The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his Probation Officer.

(X) The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

(X) Defendant shall perform __100__ hours of community service as directed by the probation officer and this should be done within the first two years of supervised release.

(X) Defendant shall remain employed full time while on supervised release.

X    Defendant advised of right to appeal and to counsel on appeal.

X    Defendant on the record informs the Court that he is satisfied with the representation of his/her attorney.

X    Government's motion (Doc. 71) for downward departure is GRANTED. Court departs __5__ levels as stated on record in open court.

X    Defendant's Oral Motion for downward variance is GRANTED by the Court.

OTHER:   Linda Joyner, grandmother & Gloria Woodley, mother spoke on behalf of the deft.

Total Offense Level:           27
Criminal History Category:      I
Imprisonment Range:    70 - 87   months
Supervised Release Range:   2 - 5  years
Restitution: $n/a
Fine Range: $12,500    to  $125,000
Special Assessment: $100.00